UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| CAPE FEAR RIVER WATCH, INC., SIERRA CLUB, AND WATERKEEPER ALLIANCE,<br><br>　　　　Plaintiffs,<br>　　v.<br><br>DUKE ENERGY PROGRESS, INC.,<br><br>　　　　Defendant. | Civil Action No: 7:13-cv-00200-FL |

# ORDER

This matter is before the Court on Defendant's motion to stay discovery pending resolution of its motion to dismiss. Upon consideration of Defendant's motion and all other relevant materials, the Court finds good cause for granting it.

**IT IS THEREFORE ORDERED** that (1) discovery is stayed in this matter pending resolution of Defendant's motion to dismiss; and (2) the pre-trial conference and discovery plan required under Rule 26(f) and the initial disclosures required under Rule 26(a) are stayed pending resolution of Defendant's motion to dismiss.

This the 15th day of November, 2013.

_____
LOUISE W. FLANAGAN
U.S. District Court Judge