UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

CAPE FEAR RIVER WATCH, INC.,
SIERRA CLUB, AND WATERKEEPER
ALLIANCE,

  Plaintiffs,
    v.

DUKE ENERGY PROGRESS, INC.,

  Defendant.

**Civil Action No: 7:13-cv-00200-FL**

## ORDER

**UPON MOTION BY DEFENDANT** for abatement of this matter pending a ruling on a

motion for summary judgment that will, if granted, resolve the issues material to the outcome of

this matter, and the Plaintiff having given its consent to the relief sought, this Court has

determined that good cause exists to grant Defendant's Motion.

**THIS MATTER IS, THEREFORE, ABATED** and all proceedings suspended until

further order of this Court. Defendant is hereby ordered to advise this Court, in writing, of the

disposition of the hearing scheduled on its Motion in the related proceeding in North Carolina

State Court scheduled for September 14, 2015 within three business days of the entry of an Order

or other disposition by the Superior Court of North Carolina.

**SO ORDERED.**

This the 26th day of August, 2015.

Louise W. Flanagan
United States District Judge